**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lindsay R. Naas, | ) | No. CIV 03-0721 -PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Gila River Health Care Corporation, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 26].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 26] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 15th day of December, 2006.

Stephen M. McNamee
United States District Judge